E-FILED
Friday, 26 January, 2018  09:37:26 AM
Clerk, U.S. District Court, ILCD

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

Joshua Hoskins

Plaintiff

vs.

B.Henderson,E.Vllt, J.Davis,c.Hansen
S. Prentice, T.Henson, J.Bell,m.melvin
J.Fike, K.wheeler, mr.Evans,T.Kenneciy
P.thorson,mr.Zimmern, m.taylor,J.Attig
mr.sorensen, T.K.Jelkevik, L.smith,E.Ruskin
D.schultz, J.cvlkin, G.Pierce,mr.Kochel
D.Jackson,mr.forbes, J.Olson,mr.cox
mr.Jenkins,B.schmeltz,A.Aiden

Defendant(s)

Case No. _____
(The case number will be assigned by the clerk)

SCANNED at PCC and E-Mailed
1/26/18 (date) by VK (initials)
48 (# of pages)

(List the full name of ALL plaintiffs and defendants in the caption above.  If you need more room, attach a separate caption page in the above format).

## COMPLAINT*

Indicate below the federal legal basis for your complaint, if known.  This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).  However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims.  Many prisoners' legal claims arise from other federal laws.  Your particular claim may be based on different or additional sources of federal law.  You may adapt this form to your claim or draft your own complaint.

☑  42 U.S.C. §1983 (state, county or municipal defendants)

☐  Action under Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971)(federal defendants)

☐  Other federal law: _____

☐  Unknown _____

## I. FEDERAL JURISDICTION

*Please refer to the instructions when filling out this complaint.  Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint.  This is not the form to file a habeas corpus petition.

~~Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or~~ other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Joshua Hoskins

Prison Identification Number: R54570

Current address: Pontiac Correctional Center
P.O. Box 99 Pontiac IL 61764

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: B. Henderson

Current Job Title: Correctional Sergeant

Current Work Address: Pontiac Correctional center
P.O. Box 99 Pontiac IL 61764

Defendant #2:

Full Name: S. Prentice

Current Job Title: Correctional Major

Current Work Address: Pontiac Correctional Center
P.O. Box 99 Pontiac IL 61764

Defendant #3:

Full Name: J. Fike

Current Job Title: Correctional Officer

2

Current Work Address _Pontiac Correctional center_
_P.O. box 99 pontiac Il 61764_

Defendant #4:

Full Name: _P. thorson_

Current Job Title: _Correctional lieutenant_

Current Work Address _pontiac correctional center_
_P.O. box 99 pontiac Il 61764_

Defendant #5:

Full Name: _MR. Sorensen_

Current Job Title: _Correctional lieutenant_

Current Work Address _Pontiac correctional center_
_P.O. box 99 pontiac Il 61764_

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?          Yes ☐          No ☑

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☑          No ☐

C. If your answer to B is yes, how many? _23_    Describe the lawsuit(s) below.

3

Defendant #6
  full name: D. Schulz ( D. SCHULZ )
   Current Job Title: Correction officer
   Current Work Address: pontiac Correction Center, p.o. box 99, pontiac Il 61764

Defendant #7
   full name: D. Jackson ( D. JACKSON )
  Current Job Title: Correction officer
  Current Work Address: pontiac Correction center p.o. box 99 pontiac Il 61764

Defendant #8
   full name: Mr. Jenkins
   Current Job Title: sergent
   Current Work Address: pontiac Correction center p.o. box 99 pontiac Il 61764

Defendant #9
  full name: E. Vilt
  Current Job Title: lieutenant
  Current Work Address: pontiac Correction center p.o. box 99 pontiac Il 61764

Defendant #10
  full name: T. Henson
  Current Job Title: Correction officer
  Current Work Address: pontiac Correction center p.o. box 99 pontiac Il 61764

Defendant #11
  full name: K. wheeler
  Current Job Title: Correction officer
  Current Work Address: pontiac Correction Center p.o. box 99 pontiac Il 61764

Defendant #12
  full name: Mr. Zimmerman
  Current Job Title: lieutenant
  Current Work Address: pontiac Correction Center p.o. box 99 pontiac Il 61764

Defendant #13
  full name: T. Kjellesvik
  Current Work Address: pontiac Correction center, p.o. box 99 pontiac Il 61764

Defendant #14
  full name: Jade Drilling Culkin
  Current Job Title: Registered nurse (RN)
  Current Work Address: pontiac Correction center p.o. box 99 pontiac Il 61764

Defendant #15
  full name: Mr. forbes
  Current Job Title: Internal affairs lieutenant/Chief investigater
  Current Work Address: pontiac Correction center p.o. box 99 pontiac Il 61764

Defendant #16
  full name: J. Olson
  Current Job Title: Correction officer
  Current Work Address: pontiac Correction center p.o. box 99 pontiac Il 61764

Defendant #17
  full name: B. Schmeltz
  Current Job Title: Correction officer
  Current Work Address: pontiac Correction center, p.o. box 99 pontiac Il 61764

Defendant #18
  full name: J. Davis
  Current Job Title: Correction officer
  Current Work Address: pontiac Correction center p.o. box 99 pontiac Il 61764

Defendant #19
  full name: J. Bell
  Current Job Title: Correction officer
  Current Work Address: pontiac Correction center p.o. box 99 pontiac Il 61764

Defendant #20
  full name: Mr. Evans
  Current Job Title: lieutenant
  Current Work Address: pontiac Correction center, p.o. box 99, pontiac Il 61764

Defendant #21
  full Name: M. Taylor
  Current Job Title: lieutenant
  Current Work Address: pontiac Correction center, p.o. box 99, pontiac Il 61764

Defendant#22
fullname: L. Smith
Current Job title: lieutenant
Current Work Address: pontiac correctional center, p.o. box 99, pontiac IL 61764

Defendant#23
fullname: mr. Pierce
Current Job title: correctional Intelligence officer
Current Work Address: pontiac correctional center, p.o. box 99, pontiac IL 61764

Defendant#24
fullname: A. Hiden
Current Job title: medical Director (M.D.)
Current Work Address: pontiac correctional center, p.o. box 99 pontiac IL 61764

Defendant#25
fullname: C. Hansen
Current Job title: nurse practitioner
Current Work Address: pontiac correctional center, p.o. box 99, pontiac IL 61764

Defendant#26
fullname: m. melvin
Current Job title: warden
Current Work Address: pontiac Correctional center, p.o. box 99 pontiac IL 61764

Defendant#27
fullname: T. kennedy
Current Job title: Assistant Warden
Current Work Address: pontiac correctional center p.o. box 99 pontiac IL 61764

Defendant#28
fullname: Jim B. Attig (Attg)
Current Job title: correctional Internal affairs officer
Current Work Address: pontiac Correctional center p.o. box 99 pontiac IL 61764

Defendant#29
fullname: E. Ruskin
Current Job title: Assistant Warden
Current Work Address: pontiac Correctional center, p.o. box 99, pontiac IL 61764

Defendant#30
fullname: mr. Kochel
Current Job title: officer / Internal affairs & Intelligence units officer
Current Work Address: pontiac Correctional center, p.o. box 99 pontiac IL 61764

Defendant#31
fullname: mr. cox, (mr. cox)
Current Job title: internal affairs officer ... pontiac IL 61764

1. Name of Case, Court and Docket Number  Hoskins v. Dart et al. 1:09-cv-5145

2. Basic claim made  failure to protect

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?)  the case settled out

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?  Yes  ☒    No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☐    No ☒

If your answer is no, explain why not  the defendants in this case and other pontiac (federal) staffs told me that if I filed grievances due to the issues stated in this complaint my grievances would have been distroxed.

C. Is the grievance process completed?   Yes ☐   No ☒

(1.) Counselors Alvarado, Horton and Moroney told me that if I would have filed grievances related to the issues stated in this complaint they would not been processed by those counselors (Alvarado, Horton and Moroney) who duties it was to address inmates grievances they also stated they never received the grievances that I attempted to get them to address regarding the issues stated in this complaint

(2.) I attempted to send each of the named above counselors grievances regarding the issues stated in this complaint they at all three told me that they had never received my grievances when I reaquested for that they made mention of my concerns to those counselors had received my grievances. When they did their counseling summary report and for other reasons they at all times told me nothing would had been mention for as my concerns raised to them only when those counselors completed their counseling summary report. miscellaneous Persons was givin

V. STATEMENT OF CLAIM

Place(s) of the occurrence  Pontiac Correction center

4

1. name of case, court and Docket number: 1:09-cv-5730

2. BASIC claim made: Excessive force

3. Disposition: the case settled out

1. name of case, court and Docket number: 1:09-cv-5915

2. Basic claim mAde: denial of medical treatment & medical necessities

3. Disposition: the case settled out

1. name of case, court and Docket number: 1:10-cv-00676

2. BASIC claim made: Excessive force

3. Disposition: the case was dismissed

1. name of case, court and Docket number? 1:10-cv-00677

2. Basic claim made: Excessive force

3. Disposition: the case was dismissed

1. name of case, court and Docket number: 1:10-cv-00702

2. Basic Claim made: Excessive force

3. Disposition: the case was dismissed

1, Name of case, court and Docket number: 1:10-cv-00703

2. Basic claim made: Excessive force

3. Disposition: the case was dismissed

1. Name of case, court and Docket number: 1:10-cv-00704

2. Basic claim made: Excessive force

3. Disposition: the case was dismissed

1, Name of case, court and Docket number: 1:10-cv-00705

2. Basic claim made: Excessive force

3. Disposition: the case was dismissed

1. name of case, court and Docket number: 1:10-cv-00706

2. BASIC claim made: Excessive force

3. Disposition: the case was dismissed

1. Name of case, court and Docket number: Hoskins v. DART et al.
1:12-cv-4256 (1:12-cv-4256)

2. Basic claim made; denial of medical treatment

3. Disposition: the case was dismissed

1. Name of case, court and Docket number: 1:15-cv-1134

2. Basic claim made: inhumane conditions of confinement & Retaliation

3. Disposition:

1. Name of case, court and Docket number: 1:15-CV-1181

2. Basic claim made: failure to protect & Retaliation

3 Disposition: the Jury found in plaintiff favor on the failure to protect claim againts 1 Defendant

1. name of case, court and Docket number: 1:15-cv-1182

2. Basic Claim made: denial of mental health treatment & medication

3. Disposition: the case was dismissed

1. Name of case, court and Docket number? 1:15-cv-01248

2. Basic Claim made: inhumane conditions of confinement &
   retaliation

3. Disposition: the case was dismissed

1. Name of case, court and Docket Number: 1:15-CV-01249

2. Basic Claim Made: Retaliation & denial of medical treatment & necessities

3. Disposition: the case was dismissed

1. name of case court and ~~Docket number~~: 1;15-CV-01202

2. Basic claim made: inhumane conditions of confinement &
Retaliation

3. Disposition:

1. name of case, court and Docket number: 1:16-cv-00334
   Hoskins v Dildy et al.

2. Basic claim made: Excessive force, Retaliation and more other
   claims

3. Disposition:

1. Name of case, court and Docket number: Hoskins v. Dildox et al. 1:16-cv-00335 (Please see case Hoskins v Dilday et al. 1:16-cv-00334)

2. Basic claim made: Excessive force (Please see case Hoskins v Dilday et al. 1:16-cv-00334

3. Disposition:

1. name of case, court and Docket number: 1:16-cv-01232
Hoskins v Spiller et.al.

01232

2. Basic Claim Made: Excessive force, Retaliation and other claims

3. Disposition:

1. Name of case, court and Docket number: Hoskins v. spiller etal. 3:17-cv-0112A

2. Basic Claim made: Retaliation and other Claims

3. Disposition: the case still pending

1. Name of case, court and Docket number: Hoskins v. Eovaldi et al.
3:17-cv-01122

2. Basic Claim made:

3. Disposition: the case still pending

1. Hoskins v. Unknown party     1:18-cv-00221
~~1:18-cv-00005~~

2. Basic claim made:

3. Disposition: the case still pending

September 24th 2017 - JANUARY 8th 2018

Date(s) of the occurrence September 24th 2017 - ~~JANUARY 8th 2018~~

State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.

(1.) Shortly after 6:40am in the north cell house MAJOR MS. Prentice and sergeant B Henderson came to my cell N820 Sergeant B. Henderson Stated that Chief Investigator Keily Davidson, officers Hedrick, Pierce, Attig, Olson and Schmeltz told them that on 9-14-17 I came to their office (investigation unit) snitching on them (Prentice Henderson) and other staffs due to how they was mistreating me, and they needed to address me physically for that. Even though no investigation reports was written due to their conduct towards me. MAJOR S. Prentice stated she knew I had to come out of my cell to watch the movie that the mental health patients was allowed to watch. and she was gonna have officer Schultz #5175 to kick my ass. Sergeant Henderson said that they was gonna make sure that officer Schultz was gonna be the one that came to my cell and got me and brought me back to my cell and that they was gonna make sure Sergeant J. fike stood on that. Sergeant B. Henderson stated that MAJOR Prentice was his lovely mother who I wrote grievances on and put her name in lawsuits that he reviewed in my confidential legal boxes and he gonna make sure his boy officer Schultz beat me good for that. Shortly after 7:30am skinny thin officer Schultz came to my cell he told me to look at his name because major Prentice & Sergeant Henderson made him aware that I should been expecting him to appear to myself to beat my ass. I told him I was gonna refuse to come out of my cell. he (Schultz) yelled that reporting it to sergeant J. fike Sergeant J. fike appeared to my cell and stated dont get scared you bringing your ass out of that cell else Im gonna mase you I told him Im going to the

it should be noted that on 12-19-17 at ~10:03 ~ JES four in ~Page 30 of 48~ house Warden Ruskin stated that she knew that officer Schultz had beaten me and knew the whole time that and while I was left in my cell in restraints for weeks had told all of her staffs to make me suffer by not removing the restraints nor provided me with medical treatment since I had grieved warden Kennedy and sent complaints to the A.R.B. About their conduct Keras prior.

movie wasnt mandatory he said he didnt give a fuck that I better had came out of my cell or else he was gonna do me worser than how officer Schultz was gonna get me. Selgeant J. Fike unlocked my cell door officer Schultz opened my chuckhole as sergeant J. Fike walked off he placed handcuffs (two pair handcuffs) on my wrists that was tight putting pressure on my wrist skin and wrists bones. c/o Schultz steped half way in my cell squated down placed two pair of leg arm shackles on my ankles that was very tight made me get on my knees he choked me slamed the right side of my head to the wall more than once punched me in the back of my neck struck me in left side of jaw his finger nails went through my neck as he choked me that causeel deep cuts that bleeded my attack lasted less than one minute. c/o Schultz had removed me from out of my cell escorted me to the cafeteria to see the mental health movie that I was entitled to see he stated the only reason why I was beling taken out to see the movie just to make it look good on their part because if I would have reported their conduct the question would have been asked if they did what they did to me why did they allow me to go watch the movie he stated they had to let me out for a whole lot of other reasons. as c/o Schultz walked me through the cafeteria to be seated I reported c/o Schultz conduct to lleutenant thorson who walked past me in the cafeteria and told lleutenant sorensen as well as he (sorensen) stood infront of me then reported it to MAJOR ms. Prentice as she walked up to me. lleutenant thorson stated In response OH we know what just happen to you and been knew that that was gonna happen to you. lleutenant sorensen stated In response Hoskins You know I meet with all my staffs prior to the cell house movement we know he (Schultz) was about to get you and I know he got you good from looking at the side of your face head and the bruises on your neck as sergeant J. Fike sat at the cafeteria table he yelled Hoskins you is about to get it again when

16-1812v-040B4-USRdinRusRPPP32

It should also be noted that I also stated to me during the east cell house warden tour that she at all times as the high superior officer had authority to either remove the restraints off me, order her staffs to do so alongwith, doing the same far as getting me medical care that Shekwa that I needed but didnt due to grievances I wrote on counselor Simmons, officers, Attig and Bell xeres prior.

You get back in your cell Just watch. C/O J. DAVis walked up to me pulled the top of my Jumpsuit up stating You aint slick You aint texing to let these inmates witness your Injuries that C/O Schultz gave you we told C/O Schultz to makesure he get you again when You get back to your cell. C/O J. Bell looked over at me and stated the same exact thing that C/O J. DAVis had stated then stated he owed me that for him due to me gekeving him (Bell) years ago. Sergeant traci Nadine walked past in the cafeteria looked in my direction yelled Hoskins it aint good when I.A & Intel staffs gives us the okay to kick your ass when they tells us that it's a fact that we want get disciplined Officer Attig from I.A (internal Affairs) told us you had been snitching on staffs to them and sending them kites tellin them how youive been denied medical treatment. Housed in contaminated unsanitized cells denied showers and shit by security staffs you need to stop that shit Now see what C/O Schultz Just did to you in that cell. I stayed in the cafeteria for over 2 hours lieutenant Sorensen stated to me that he told C/O Schultz to kick my ass again when I got back to my cell and to makesure that he (Schultz) be the one that escorted me back to my cell. C/O Schultz came to my table that I was seated at stated come on my buddy Round two as C/O Schultz was walking me up the stairs C/O D. Jackson stated Schultz remember what we Just talked about beat Hoskins ass again once You put him in his cell I hate that fucker, as C/O Schultz was walking me to my cell he stated that he didnt have that much time in employed at pontiac so it would have been unbelievable what he did to me in favor of his box sergeant Henderson and his fellow co-workers. C/O Schultz stepped half way in my cell kneeling down twisting my wrists removing 1 of the leg arm shackles punching me in the back of my head, neck left temple area and left Jaw area he stated that they was smart that they was removing

it should be noted that during the morning on #8-18 while being on the walk Officer Cox admitted receiving my kites that I other inmates to direct to his Investigation Unit during the time I was beaten and left in my cell weeks bleeding in need of medical treatment and also received that information from his confidential informants & sources made sure that I had stayed in my cell weeks bleeding in restraints.

I set of the cuffs and leg arms to make it look good for the cameras in case I reported them for beaten and leaving me handcuffed and shackled as they had planned prior and during the movie that the cameras would have shown my legarms and cuffs being removed but the cameras would have never knew about the other pair of cuffs and shackles and it would have been told to all staffs not to remove my cuffs & shackles. My second attack lasted less than a minute. It was over 30 minutes I was back in my cell before nurse trac) KJellesvik arrived after I was knocked out. C/O MR. HAYES & RN trac) KJellesvik came to my cell as I was laxed out on the floor flat shortly after 11:00am knowing that time after another inmate yelled the time to another inmate C/O Hayes banged on my chuckhole loud with his keys screaming my name stating get up for your medication. RN trac) KJellesvik immediately stated Hoskins C/O SCHULTZ kicked your ass good look at your face, neck and your head Red & swollen she stated as you know in (KJellesvik) is not giving you no medical treatment due to how you look it explains why you was passed out on the floor when we walked up we was told that you departed from the cafeteria shortly after 10:15am RN trac) KJellesvik said she hoped my wrists & ankles cracked as she saw me handcuffed with shackles on my ankles RN (Registered Nurse) trac) KJellesvik stated she hoped that I stayed handcuffed & shackled hoping that the heat caused me to pass out she stated that she wasn't reporting nor documenting shit that I could use against the staffs nor her in my medical files. I used it on myself (discharged feces & urine) couldn't take my psychotropic medications and was shitting due to how I was restrained and beaten, had to sleep on my side on the cell floor. (2.) during the 3ton shift on that day Sergeant Jenkins came to my cell told me that sergeant J. fike, C/O (female) Schultz and other staffs told them what they had done to me. Was

8

leaving me handcuffed for them and was smart enough to not open my chuckhole and door to remove the handcuffs while surveillance was present because that would have been proof that I was left in the cell cuffed and if he wasn't removing me out of the cell to be escorted somewhere that would have really brought it on camera and if I was scheduled for movement he would have put additional cuffs & shackles on me then removed me out of my cell but removing me out of the cell without justification and nothing being on record stating that I had any passes for movement that would have floored them off and just opening my cell door and chuckhole removing cuffs & shackles off me would have been used against the staffs who kept me in the cell cuffed up because questions would have been asked why was my chuckhole & door opened & shackles was placed on and removed if I was going anywhere. Sergeant Jenkins said he knew how serious my injuries was, wasn't sending me to the health care unit to get medical treatment because he knew I & I had have told medical staffs how my injuries occured and he didn't want non of my statements to medical staff nor medical records being used against the staffs and didn't want medical staffs reporting anything to I.A. (Internal affairs) in or out of the institution that would have got staffs in trouble so therefore any request for medical treatment was denied and he told all his staff not to take me to the health care unit to obtain medical treatment. Sergeant Mr. Jenkins came to my cell with a female white nurse known as Cora. She observed my injuries told Sergeant Jenkins to look at my face, neck and asked him why was I still handcuffed and for him to had me brought to the health care unit for treatment. Sergeant Jenkins stated okay then told me (Hoskins) you know what I told you earlier Hoskins. as I walked down the gallery yelling to you (3.) on September 25th 2017 during the morning shift in the north cell house C/o Mr. Schultz was assigned to eight gallery where I was housed at he told me

9

it should be noted that Officer Kachel told me was the date of 94101 and 12-19-17 that the minute their confidential sources and informant told them that I was beaten and left in the cell weeks in restraints as he knew their I.A. & intel units was suppose to come to my cell took pictures of me while being left in a cell in restraints with injures then secured the restraints but didn't and didn't take me to medical care to make me the suffered and so it wouldn't been evidence of the staffs conduct in its entirety to prevent them being disciplined since their conduct was punched me.

that her Kennedy who was the assistant warden was in the Institution & building on a day prior that she told him that he didn't have shit to worry about that she disliked me from years prior when I was on her case load when she was my counselor and that Investigators pierce, Olson, Hedrick and attig told him that they disliked me and that he (schultz) didn't have to worry about being disciplined for attacking me. Sergeant J. fike walked past my cell told me that I was not going to see the movie that the mental huuth patients was entitled to see Just so MHP mothers didn't see what they had Officer schultz to do to me a day prior (assaulted me.) Officer J. Davis walked past my cell and stated you thought I was playin I told you we was gonna have officer schultz to kick your ass a second time. Major prentice walked past my cell and stated that I was gonna stay in my cell cuffed up hoped that my hands and feet fell off was gonna leave me in my cell cuffed up that she talked to lieutenant forbes officer Hedrick and pierce from I.A & intel alongwith speaking with Ms. Kennedy who was the assistant warden at the time and also spoke with RN Y-traci & Jade about my situation a day prior and it was agreed that there would been nothing documented that I could have used against them. RN sherri came to my cell saw me handcuffed saw all my Injuries and yelled what the fuck happend to your face, neck, head and why is he handcuffed asking the officer who was escorting her and told that officer to bring me to the health care unit for treatment. (4.) during the 3 toll shift in the north cell house sergeant MR Jenkins came on gm Daey Eight where I was housed at walked past my cell stating you aint getting no medical treatment and you staying in your cell cuffed up c/o K. Wheeler came to my cell with nurse known as CORA she told him to uncuff me that I couldn't be in my cell like that and to bring me to the health care unit to get medical treatment. When she walked off c/o Wheeler stated since you (Heskins) put me in your lawsuit I aint taken

10

(It should be noted that Officer Cox stated that they at all times knew the whole time I was bleeding badly on left in left in the cell in restraints could have removed the restraints but didnt due to Kelly Davidson tellin them that I had grieved her and wrote complaints on her to the A.R.B

You to get medical treatment and Im leaving you in youre cell hand cuffed and shackled. (5) On September 26th 2017 during the morning in the north cell house lieutenant mr. Zimmerm came to my cell stated that him lieutenant Vitt and others told all cell house staffs not to send me to get medical treatment and to leave me in my cell shackled now I was he stated his conduct towards me was due to me allegedly threatened to kill another lieutenant at stateville for gelcuing him years prior. he stated lieutenant Vitt had told them what he had told me a day prior. Referring to 9-25-17 7 to 3 shift When lieutenant Vitt came on eight gallery yelling me to me from 817 cell in the north cell house tellin me that Im gonna Regret that another lieutenant stated that I threatened to kill that lieutenant that he was leaving me in my cell shackled and was giving me no medical treatment which he had told all his staffs to do as well. RN (Registered nurse) Sheri came to my cell to serve me my psychotropic Medications (Depakote & Prozac) She Immediately stated she ve told (security staffs) over and over with the assistance of other nurses to uncuff me and bring me to the health care unit to be provided with medical treatment She stated that she could have made or have their high superiors from Springfield illinois to do it but she dont want to take it to that level because due to the situation they have me in they could have been fired She stated she had the right to go to the Internal affaires & Intelligence unit and get them involved but from conversations she had with other Medical staffs, cell house staffs and officers she cool with in I.A. & Intel (Internal affaires & Intelligence unit) she was made aware that I wasnt in to good with them that I wouldnt get any mercy She stated for me to had Just been cool that it wasnt no need for me to kept sweating her that she didnt want to go against RN's traci & Jade 100% like a Huger thug eventhough they couldnt encourage nor Influence her to do wrong She Just didnt want to put no paperwork on no staffs She worked

with and for She stated She wasnt gonna name Drop the staffs in I.A & Intel (Internal affaires & Intelligence units) and staffs period who told her about their feelings towards me. (6.) during the 3to11 shift In the north cell house C/O T. Henson came to my cell told me that since officers Pierce & Hedrick from the Intelligence unit told them that I had been complaining to them about being mistreated by staffs he was gonna leave me In my cell shackled, Handcuffed and was not gonna provide me with medical treatment and requested for his fellow co-workers to do the same and stated You remember what I told you the other day Referring to 9-24-17 during the 3to11 shift In the north cell house when he came past my cell tellin me the same thing and letting me know that C/O Schultz told him what he had done to me. (7.) On 9-27-17 during the 7to3 shift in the north cell house L.t. (lieutenant) thorson came on gallery where I was housed at said that assistant warden Emily Ruskin had entered the building She knew that C/O Schultz attacked me that they better make sure that I didnt get any medical treatment thorson stated they was already on top of that and him and others was gonna makesure that I stayed In my cell handcuffed & shackled. Counselor Ms. Alvarado looked up at my cell after I called her I reported being beaten left in my cell handcuffed and denied medical treatment by staffs to her requested that she reported what I reported to her She Immediately stated she wasnt gonna report no staffs conduct but she would try to help me. (8.) during the 3to11 shift In the north cell house C/O T. Henson looked up at my cell from off 6 gallery and stated now how you like how we treating you you staying In youre cell handcuffed Just Keep watching (9.) On 9-28-17 during the morning In the north cell house lieutenant F. vitt came to cell N 620 where I was housed at stated to me that Ms. Teri Kennedy who was the assistant warden entered the building told them to make me suffer he stated he gonna punish me by leaving me In my cell

12

with the tight handcuffs & shackles on not allowing me to get medical treatment for my past grievance history against staffs. RN traci KJellesvik came to my cell she stated to me as she had discussed with major prentice & lieutenant forbes was no court gonna believe my complaints in its entirety specially jurors who will be from ponstiac and thats why they felt comfortable mistreating inmates with no worries RN traci KJellesvik said they saw that I had other inmates sending kites to I.A. Intel to the H.C.U. for me as they been seeing them getting them and from conversations they had with lieutenant forbes and other staffs from the internal affairs & intelligence unit. she walked off statting that I wasnt never gonna get any medical treatment. (10.) on 10-13-17 dueing the evening in the north cell house RN Jade culkin came to my cell stated the same exact thing that RN KJellesvik stated to me on 9-28-17 and also stated to me while I was laying on my side cuffed with blood dripping down my wrists to my hands ankles to my feet you (Hoskins) look like you about to die thats all you do is you through these doors to other inmates asking them to write kites to us (H.c.u.) wardens and I.A. about your conditions that we know about fuck you you ant getting no help from us you gonna stay like that we could just skip your cell but we have to show up cause of the cameras and by us knowing you using other inmates to write kites for you it self explains you will use them as witnesses that we didnt come to your cell I dont mine putting your medications in your chuckhole I know you cant fetch the chuck hole due to how you is restrained and was told that security will at all times threw your medications away when they open your chuckhole as discussed RN Jade culkin stated in response to my threat of writting a grievance on her due to her conduct that she wasnt worried about it because major prentice, lieutenant forbes, chief investigater davidson, assistant wardens ruskin & kennedy stated by me being on 8 galleey the administrative

13

Detention side the Internal affairs & Intelligence units get first hand on my Mail, staffs period and any grievances that I filed about the issues stated in this complaint would been distroyed and counselor Moroney who knew about my sittuation told her the same thing told her that he saw me left in my cell bruised up in handcuffs & shackles told them that I complained to him and counselor Ms. Alvarado but they never documented nor reported anything in a incident report nor in their counseling summery reports of what I told them. She stated MHP Mr. Benner and the other mental health person (staff) that came on 10-4-17 told them the same (11.) On 10-5-17 & 10-23-17 during the 3to11 shift in the North cell house R.N. Jade Culkin came to my cell she stated on both occassions due to my pains, bleedings and how I was being restrained in the handcuffs & shackles her being medical staff, security would have had to listen to her if she told them that how I was being treated posed a risk to my health mentany & physically and she could have contacted Intel & I.A. on the institutional level and on the springfield level and got them involved but she wasnt nor was she providing me with medical treatment that she knew I needed due to the injuries I sustained from the beaten she knew C/O Shultz gave me due to all the complaints I sent to the Internal affaires & Intelligence unit tellin them how her and other medical staff was refusing to provide me with medical treatment & medications. (12.) On 10-6-17 during the morning in the North cell house internal affaires lieutenant Forbes and officer Schmutz who was also with the pontiac C.C. Investigation unit alongwith the taction team officers conducted a cell house shakedown as lieutenant Forbes walked down 6 Gallery he turned his head towards my cell direction looking half way up to my cell he stated he knew that I was beaten by C/O Schultz knew that I was denied medical treatment knew that I was still in need of medical treatment and knew that I was still left in my cell in handcuffs & shackles wasnt gonna discipline those staffs hoped that I tripped and busted my face and head while being in the handcuffs

14

and shackles that he told all staffs not to provide me with no medical treatment and when he was put on notice that I was left in my cell handcuffed he made sure that the equipment handcuffs & shackle logs was falsified stating that all handcuff & shackles was turned in at all times and his conduct towards me was due to lawsuits I filed against his officers Attig, Olson and for grievning Attig. Officer Schmertz stood in the direction of my cell from off to gallery stated the same exact thing Lieutenant Forbes had stated then stated he reviewed lawsuits that I filed against him and him leaving me in my cell handcuffed and shackled was a get-back and already told staffs not to provide me with medical treatment. (13.) Each of the named security Defendants told me during every interaction I had with them Defendants Prentice, Henderson, Fike, Thorson, Evans, Taylor Sorensen, Schultz, Jackson, Jenkins, Vilt Henson. Wheeler, Zimmerm, Bell and Davis while being in the north cell house while I was handcuffed from the back with shackles leg arms on my ankles they knew that I wouldn't been able to reach my chuckhole from being restrained the way I was in the shackles & handcuffs made sure that I was in the restraints tight where they knew I wouldn't been able to flip them to the front these Defendants stated they knew how I could have been affected not been able to reach the chuckhole to get my psychotropic medications Depakote, Risperdal and Prozac, food toilet tissue, cleaning material, had told all the north cell house staff to place my food through the chuckhole just to make it look good for the camera because if nothing was placed in my chuckhole I could have used the video surveillance against them each of the defendants Prentice, Evans Henderson, Fike, Thorson, Sorensen, Schultz, Jackson, Jenkins, Vilt, Henson, Taylor Wheeler, Zimmerm, Bell, had stated that they was gonna tell all their staffs to at all times when collecting trays to take my food and psychotropic medications that was sitting in my chuckhole away they stated they knew

15

it should be noted that on the date 11-13-17 during the morning 1st page 40 of 48 house complex building and during the morning shift on 12-19-17 in the east cell house during a warden tour I had interactions with officer Kocher he told me on both occassions that he knew that I was beaten and left in my cell handcuffed knew that I was left in the cell weeks the whole time I was in the restraints knew that from the kites his confidential sources and intermates sent to him, he stated he didnt secure the restraints nor gag me medical treatment due to beginning I wrote on officer Attig Betes Prior as officer Attig had told him that stated they made sure I stayed in restraints in this weakly

I was a inmate who took prescribed psychotropic medications for mental health issues they knew I had from conversations they had with registered nurses Jade Culkin & traci k Jellesvik these defendants stated they knew that I wouldnt been able to reach my chuckhole to get my psychotropic medications from being handcuffed the way I was knew how I could have been affected mentally without my psychotropic medications knew that I wouldnt been able to wash up utilize the restroom when needed to sleep & sleep comfortable. each of the named defendants told me from 9-24-17 — 10-15-17 in the north cell house while being housed on 8 gallery that they was gonna have all the staffs to falsify the gallery charts stating that I received all daily weekly human necessities they (the defendants) stated they knew how I was restrained posed a safety risk while being left in a cell shackled & handcuffed (14.) on 9-24-17 in the north cellhouse when nurse traci kJellesvik came to my cell on that date and on hundreds of occassions after that date she stated on that day and on alot of dates from that date that she knew how my health could have affected me if I went without food and psychotropic medications for so long and thats why they had to take hunger strike offenders to the health care unit and force feed them if the hunger strike has caused a bad impact on their health and she was gonna make sure that I wasnt seen at the health care unit for no sort of medical treatment and the only reason why she was showing up at my cell was due to the video camera being present and due to the psychotropic medications that I took I had to receive blood testing to see if the medications was in my system. On 10-5-17 during the 3to11 shift in the north cell house 10-13-17 and 10-23-17 on that same shift in the north cell house Registered nurse Jade Culkin stated to me that her and RN traci discussed me knew that I was gonna file some complaints against them but they already had

It should also be noted that on the above *case #12- Page 41 of 48* Kochel stated that he was a officer who assisted the Internal affairs & Intelligence unit (investigation units) and at all times had the authority to serve the restraints discipline the staff who abused me and took me to get medical treatment but didn't and wanted me to stay in the restraints in pain and bleeding since I filed lawsuits on his passages officers Assy & Olson and that's why they made sure that I didn't get medical treatment and stayed in my cell in the restraints

their shit planned out and the only thing that they had to state was that they had no control over security what they was doing to me and not bringing me to the health care unit when they really did and was suppose to report the staffs conduct towards me in incident reports, injury reports provided me with my psychotropic medications Depakote Risperidon & Prozac and they wasnt providing me with medical treatment for me to sit in my cell and bleed to death until my wrists and ankles fell off. (15.) On 10-15-17 during the 3to11shaft in the north cellhouse c/o Ms. Krug female white thin in weight came into a holding cage area where I was placed at across from the five gallery flag and stated to me that she know I was beaten by 1 of her co-workers and been left in my cell several weeks handcuffed from the back very tight and shackled very tight remembers me screaming to her about it for days she stated that she wasnt gonna be the cause of my death or me hurting myself while being in a cell handcuffed from the back & shackled in leg restraints she stated that they all could have gotten introuble for that so she decided to escort me back to my cell and remove all the restraints (handcuffs & shackles) she stated no staffs was gonna get introuble by I.A. & Intel because she was told that lieutenant forbes and kelly Davidson who was in charge of the internal affairs & intelligence unit knew about c/o schultz assaulting me and me being left in my cell handcuffed she stated she wasnt gonna snitch on no staffs and if she asked do she know or recall anything she would have to say she dont recall or nothing occured (16.) On 10-17-17 during the 7to3 shift in the north cellhouse lieutenant E. Wilt came to my cell N820 stated to me that he used to work in the internal affairs & intelligence units he knew what evidence to makesure wasnt on record in the restraints equipment logs, medical records,

17

it should be noted that on 11-27-17 at approximately #11 thru #2 (at Page#42 of #48c) while I was at the gate#3 attorney visiting room area officer J. Attig and Assistant warden Kennedy walked past yelled to me admitting that they was involved in leaving me in my cell weeks in the restraints and knew that I was in need of medical care they both stated their reasons of doing that was due to grievances that I wrote on them years prior [+more details to their lawsuit]

internal affairs & intelligence units files, wardens, counselors, grievance office and in all cell houses and institution equipment log books that I wouldn't had no evidence that they caused the injuries that I had nor left me in my cell that long in restraints. lieutenant E. Vilt had further stated that he had talked with mental health professional Ms. Kane who told him she spoken with me on 10-4-17 and with Mr. Benner who told him he spoken with me on 10-5-17 and the both of them told him ('Vilt) that they witnessed my injuries me being left in restraints (handcuffs & shackles) but didnt report anything that if they didnt see shit and they also told him that I brought my psychological & suicide thoughts to them but they didnt document that shit I told them. Lieutenant E. Vilt stated he know the both of them for a while outside off work he (Vilt) stated you see how we all stick together we all Dirty. on 10-4-17 [#17] & 10-19-17 during the morning in the northcellhouse (NCH) lieutenant MR. Evans came on eightformeey in the vicinity of my cell. on 10-4-17 lieutenant MR. Evans walked past my cell with correctional counselor Ms. Alvarado (CCII) he stated on that day for me to had quit complaining that he had told all his staffs to keep me in my cell bleeding and cuffed up in handcuffs & shackles and for no staffs to had removed the shackles off of me. I yelled and told counselor Ms. Alvarado (CCII) to report his conduct she yelled no he is staff I cant snitch on him. on 10-19-17 lieutenant MR. Evans came to my cell stated he disliked me hated my guts since I had allegedly threaten to kill a lieutenant at Stateville, filed lawsuits against staffs at pontiac and grievances against WAJOR prentice, counselor simmons officer Bell and officer Attig in the past and thats why right after he was told officer schultz attacked me and I was in my cell left in handcuffs & shackles bleeding he immediately told all staffs not to remove the handcuffs nor shackles nor send me to get medical treatment to let me stay in my cell cuffed up in restraints until I had died and thats why from 9-24-17 to 10-15-17 he madesure

18

It should be noted that on 11-22-17 around 9:30 AM at north cell house lieutenant thorson told me that assistant warden kennedy entered the building on that day and told him to come to my cell and ask me since I made threats of filing court complaints on her. What proof I was gonna have that she had knowledge that I was beaten and left in my cell in restraints for weeks and denied medical care. even though she did as he and she had stated. She(kennedy) also stated the same on 11-27-17 when I saw her under at the Attorney Visiting room at 8:45 0! OFFICER J. Atty stated the same on that date as well.

I stated in my cell handcuffed bleeding not been able to eat, washup, utilize the toilet nor take my psychological medications knowing that I wouldn't been able to do non of that while being in the restraints in a small cell size (4inch(w)10feet) and left that noted to all north cell house(NCH) shift staffs. #18 On 10-3-17 during the 3to11 shift in the north cell house(NCH) lieutenant MR. L. smith came in the vicinity of my cell he stated HA-HA now what do you have to say I blessed my officer schultz for kicking your ass we are leaving you in that cell just liked that with your arms and hands cuffed from the back in those leg arm restraints I see your welts and ankles are bloodie due to how tight those handcuffs & shackles are on you. Im not sending you to get no medical treatment nor is any of my cell house staffs as discussed. Just because you threaten to kill that lieutenant at stateville, due to you tellin investigators Hedrick & pleece how we was mistreating you even though they didint care. and told us what you told them on 9-14-17 when they entered and removed you from the north cell house (NCH) on 9-14-17 they told us that just so we could have continued to fuck you over me(smith) and my staffs are leaving you in that cell in those restraints it's already been told to all staffs by me and others. On 10-9-17 & 10-30-17 in the north cell house during the 11to7 shift #19 lieutenant m. taylor came in the vicinix of my cell (NB20). On 10-9-17 Lt.m.taylor stated he at that time and on days prior knew that I was beaten by his officer schultz on 9-24-17 and was still at that time was in my cell in restraints hand-cuffed from the back with the handcuffs & shackles on tight that crused my welts and ankles to bleed bad he stated he knew and been knew from the first day that I was beaten and left in handcuffs & shackles that I was in need of medical treatment but he makes ure that I didnt receive medical treatment nor get the restraints(handcuffs & shackles) removed since I filed a lawsuit on him(taylor) major delong and major prentice and for other reasons. On 10-30-17 #20 lieutenant m.taylor stated that lieutenant forbes & officer schmeitz told him that they told me they knew the condition that I was in and was gonna stay in.

19

(21) On 10-29-17 during the morning in the north cell house (NCH) lieutenant Ewill came to my cell (N820) told me that he was told that c/o ms. Krug from the 3ten shift was the one who removed my restraints and she told him that she wasn't gonna do any incident reports that could have hurted them for leaving me in my cell three weeks after being beaten in restraints and denied medical treatment he stated he used to work as a intern affairs lieutenant and he talked to chief investigator Kelly Davidson and lieutenant Forbes and they told him they knew about what c/o Schultz did to me but careless and wasn't gonna recommend nor discipline them for what they had did to me and for them to had made sure that I didn't get any medical treatment.

(22) On 10-10-17 & 9-29-17 during the morning in the north cell house (NCH) when counselor mr. D. Moroney came to my cell he stated that as I (Hoskins) knew he still disliked me from years ago when I filed all of those grievances against him and that was why he didn't assist me by having the restraints removed from off me and sent me to get medical treatment wasn't gonna report shit about the incident & my issues in his counseling summary report as mental health staff members ms. Kane & Benner told him he didn't and if I grieved the 9-24-17 incident my grievances would had been trashed. (TRASHED)

(23) On 10-15-17 during the 3ten shift in the north cell house (NCH) right after c/o ms. Krug removed the restraints (hand cuffs & shackles) off me permanently. When sergeant mr. Jenkins came to my cell with Registered nurse (RN) Sherri powers he observed no restraints on me and stated who the fuck took those cuffs off you, you really lucky that I have to be justified to open your cell door and just cant open it because if you tell them I opened your cell door and placed the handcuffs and shackles back on you they gonna know you aint lying because I have to have you going on a past or something in order to open your door & place restraints on you that camera in court and at the grievance office, internal affairs & intelligence unit offices in Springfield Illinois will be in your favor and the inmate movement sheets that would verify if you had movement. we (staffs involved) at least got almost a month with you being in those restraints, due to how we treated you and for how long (9-24-17 – 10-15-17) I (Jenkins) know you still dont feel different nor any better we (Jenkins & other staffs) was pushing to keep you in those restraints until you transferred due to how we kept everything with the assistance of medical, mental health staffs, (the iv. staffs) internal affairs & intelligence unit staffs, counselors and our wardens off the record non of your complaints in or out of court will be believed as we all discussed with our wardens, internal affairs & intelligence unit staffs.

(24.) due to how I was handcuffed from the back real tight and ankles shackled real tight from 9-24-17 – 10-15-17 and when the restraints came off my wrists & ankles my wrists & ankles bleeded, pus came out scabs was bloodie wrists & ankles was redish purple with restraint marks that was permanent for a while wrists & ankles hurted, burned & stinged. while being in the restraints I couldnt lay flat on my back without pains I had to deal with I was forced to lay on my side that caused pains burns stings to my legs feet ankles shoulders, arms & hands I couldnt sleep, was sweating, shaking, had shortness of breath above my chest, chest after above front of both shoulders hurted, burned & stinged from 9-24-17 – 11-30-17 had no strength in my hands I could barely write pick up things use my hands I had to use things in my cell (sink, table, bunk, chuckhole) to work my arms hands back to normal motion it felt like I wasnt right nor left-handed was real weak that if I didnt have nerves in my hands arms nor shoulders that controlled how I used/moved my hands, arms, shoulders, legs & feet

was itching with Dried blood and blood running them my neck, wrists, ankles with bloodie pus scabs on my neck wrists & ankles wrists & ankles kept tearing due to how tight & close the handcuffs & shackles was on my wrists & ankles I was itching bad couldnt scratch the areas that was itching due to how I was restrained the staffs involved (the Defendants) at all times stated what was gonna be my proof and who the court and Jurors was gonna believe once I took them to court as I threatened them with court action they stated that their conduct was planned and no matter what they did to me the courts Jurors was gonna believe them over a convicted felon. I had small nets, flies flying on me and black bugs that was irritating me making me itch I couldnt flick them off me due to how I was restrained. While being restrained and for multiple weeks past a month after being unrestrained in the handcuff & shackles I couldnt use the restroom I urinated & discharged feces on myself I couldnt get access to the toilet to utilize it nor reached my chuckhole to get my food and psychotropic medications due to my hunger, not being able to reach my chuckhole to get my food & psychotropic medications I was very weak struggled to move, moved slow my skin was very pale, sweated had daily discharged feces on myself the first seven days I was restrained I couldnt take my psychotropic medications Depakote Risperdal and Prozac from 9-24-17 - 10-15-17 due to how I was restrained not having access to my chuckhole. I couldnt take my 500 milligrams of Depakote and 20 milligrams of Prozac that was prescribed for me in the morning and 3 milligrams of Risperdal and 500 milligrams of Depakote that was prescribed for me at night that was used to treat my Bipolar disorder and psychotic issues. I delt with moodswings violent fantasies had suicidal thoughts confused thoughts, anger etc. psychologicn issues. (25) On 10-12-17 during the 3 toll shift in the north cellhouse C/O (correctional officer) MR. Grove opened my chuckhole that was the chuckhole for my door and through and through a styrafom tray full of chicken that was huge sizes over the amount of 6 pieces and stated dont state an staffs is mean towards you, you look like you aint ate in years, but I cant get you to the health care unit. I (Hoskins) had to eat like a animal due to how I was restrained. I had rashes on my body my body itched from not being able to wash up I had a terrible body odor. I had to use my mouth to pick up the styrafom cup to place it underneath the sink where small drips of water came out at (26) On 11-9-17 during the morning while being in the east complex building sitting on a bench officers Olson and pierce observed (saw) me both officers (pierce & olson) acknowledged knowing about my attacks (see paragraph # 1   ) me being left in the cell shackled & cuffed down for weeks (see paragraph #1-23) they both stated that they knew at all times while being left in my cell in restraints that I was in need of medical treatment that it was at all times their duties to get involved by having the restraints (handcuffs & leg shackles) secured, disciplined the staffs involved (see paragraphs# one (1) - four (4) ) provided me with medical treatment but didnt do non of that and madesure that I had stayed in my cell in tight restraints handcuffed from the black wrists and ankles bleeding and knew I couldnt take my psychotropic medications knew how I could have been affected mentally & physically without my psychotropic medications and being in the restraints for weeks and that their (Olson & pierce) conduct towards me was due to the lawsuits that I had filed against officers Attig, Olson, Major Prentice and other staffs both officers (Olson & pierce) stated that they partaked in tellin all the north cell house staffs not to had removed the handcuffs & shackles off me the whole seven weeks that I was left in them (handcuffs & shackles) while being in my cell and for all staffs to had not provided me with medical treatment while I was in my cell seven weeks and after while being in pains, bleeding and burning from my wrists and ankles, Officers Olson & pierce stated that they had told all north cellhouse staffs not to had provided me with medical treatment just so that I wouldnt had medical Documentations as proof of injuries caused by the staffs conduct to prevent me from being able to had got relief through the grievance system and court against staffs them and the other staffs involved and they (Olson & pierce) madesure that I didnt get medical treatment so that I could have stayed bleeding, burning and being in pain. (27) On November 10th 2017

-21-

during the morning while being in the health care unit for unrelated health issues I had interactions with Medical Director (M.D.) A. Tilden he acknowledged knowing about my attacks (see paragraph #1 ) stated that he knew how I could have been affected mentally and physically especially while being in very tight restraints and being in the restraints for the weeks that I was in them he stated he knew that I was unable to take my psychotropic medications nor ett due to how I was restrained knew how bad my wrists and ankles was bleedings and knew about my injuries and areas on my body that I was beaten at (see paragraph #1 ) knew that I was in need of Medical treatment could have told the north cell house security staffs to remove the restraints off my wrists & ankles due to the restraints posing a risk on my health but he didnt due to all the grievances and written complaints that I had directed to the Administrative review board (A.R.B.) years ago about him and his health care unit (H.C.U) staffs conduct years ago due to the lawsuit that I had put against him and due to other Retaliatory reasons that he had give he stated that he had entered the north cell house during the morning on the date 10-15-17 could have had the handcuffs & shackles removed from off me and could have provided me with Medical treatment. knew that during the entire time I was in the restraints how my health could have been affected and knew how long I was in the restraints but didnt care. (28) On 11-14-17 during the morning while being in the health care unit for unrelated health issues I had interactions with registered nurses Jade Culkin, Traci K Jelliesvik, nurse practitioner C. Hansen, lieutenant Mr. Evans and warden M. Melvin and Dr. A. Tilden (Medical Director) Dr. A. Tilden stated that non of my complaints directed to him about my health issues as a result of my attacks (see paragraph #1 ) was record all my sickcall slips that I had other inmates to write to him for me during the time I was in restraints (see paragraph #1-23 ) and if I took him to court due to his conduct my complaints against him wouldnt stick because if there is Medical records showing that he had give me Medical treatment for unrelated health issues the courts wouldnt believe he denied me Medical treatment that he knew I needed as a result of my attacks & health issues he knew about (see paragraphs #1-23 ) Registered nurses Jade Culkin and Traci K Jelliesvik stated the same exact thing that Dr. A. Tilden had stated. nurse practitioner C. Hansen told me that she was aware of my attack on 9-24-17 (see paragraph #1 ) knew that I had sustained injuries as a result of my attack and being in restraints for almost a month (see paragraphs #1-23 ) from conversations she had with nurses who saw me in the restraints the whole time and all the sickcall slips that I sent to her writing sloppy that told her I was really in the restraints she stated she could have provided me with Medical care to clean the blood around my wrists ankles and the other injuries and told security staffs that the restraints was posing a risk to my hands arms ankles and feet and that they needed to be removed that she knew from the date of my attack and on where I was hit by officer Schultz the injuries that I sustained and injuries that I was sustaining while being left in

-22-

the restraints for weeks knew of all of my injuries (see paragraph # 1 ) but didn't care told other nurses not to provide me with medical care since I made threats over the summer of filing grievances on medical staffs for denying me medical treatment and if I grieved or sued her her past documentations in my medical records of attempting & stating I was issued treatment by her could and would been used in her defense as she had discussed with RN's Cuikin, KJelleswik, P.A. DJelacie and DR. A. Hilden. lieutenant MR Evans stated that as he had discussed with nurse practitioner C. Hansen him and other staffs leaving me in the restraints for weeks (see paragraph # 1-23 ) I was never recoed and I wouldn't had no physical evidence against them showing how they affected me mentally nor physically, me in my cell weeks in restraints (see paragraphs # 1-23 ) knew about my attack the same day it happen knew I was left in the restraints bleeding constantly the whole time I was in the restraints had told all of his north cell house staffs to had not removed the restraints to had left me in my cell those weeks bleedily in restraints and told his staffs not to had escorted me to the urgent care unit to get medial care because he felt that me being beaten bleedily during with pains, burns, stings in tight restraints made effect from the back for weeks is what I deserved for filing complaints to the A.R.B. about him years ago allegedly threaten to kill a lieutenant Scott at Stateville and for other retaliatory persons could have removed or directed his staffs to remove the restraints but didn't/29. ) on 11-15-17 during the morning in the north cell house (NCH) assistant warden T. Kennath dowjed six gallery assistant lieutenant T. Kennedy stood at 620 yelling up to my cell 820 stating that she was in the north cell house the clth her officer SCHULTZ bent my ass and left me in the restraints (see paragraph # knew that I was in need of medical treatment due to the injuries she knew that I had sustained and sustained while being in the restraints for those weeks that she had entered the building every thursday while I was in the restraints i told all her staffs with the assistance of the other staffs to had left me in my cell with the arm and leg restraints on tight and to had just let me bleed to death and went crazy she stated that she treated me that way due to written complaints that I had sent to the A.R.B about her years ago and due to grievances that I had written on her years prior. (30 ) on 11-19-17 during the evening shift I had a interaction with officer MS. KRUG I asked her was she willing to come to court and state that she was awake that I was beaten and left in a cell weeks in restraints that she had removed she stated that she was afraid to switch on her co-workers & staffs period and she was asked not to report anything about the incident in it's entirety and she was informed that the warden, J.A Bintel staffs knew about me being beaten and left in restraints for weeks stating but didn't care because I was on those staffs had side(31 )on 1-21-17 during the morning in the north cell house I had interactions with lieutenant thorson and Mr. Evans as well lieutenant thorson stated that due to how they kept everything off the record and at all times roged in their equipment books, that all legrons (shackles) and handcuffs was at all times turned in. if I would have sued them it wouldn't been no proof thorson had stated and stated as he had discussed with registered nurses (RN's) KJelleswik & Cuikin I wouldn't had no evidence of injuries nor evidence to show that I had attempted to get medical treatment because they told him that they at all times destroyed all of my sickcall slips that was directed to them and kites from other inmates on my behalf explaining the treatment that I needed and due to them not providing me with medical treatment I wouldn't had no evidence of any injuries sustained as a result of my attacks and being left in my cell in restraints for those weeks. lieutenant MR Zimmeann stated that if I was to sue him for his conduct stated in paragraph #5 I wouldn't wh at first because prisoners dont with lawsuits against prison officials no matter what they do to prisoners. as him major practice and others had discussed while being in the health care unit officer J.flke stated to me that he was gonna escort me in the urgent care due to some unrelated health issues he stated if I had made mention of some health issues caused by his conduct stated in this complaint (see paragraph # 1 ) he was gonna make sure that I was kept in my cell handcuffed from the back with legs ankle restraints on tight again. I compiled. DR. A. Hilden, C. Hansen, K Jelleswik & Cuikin told me that I wasn't getting any medical treatment it was more stici. indenias

RELIEF REQUESTED

(State what relief you want from the court.)

I wish to be rewarded monetary compensation in the amount of $68,000. In compensatory damages and $48,000 in punitive damages from each defendant. Each damages would cover for my medical conditions stated in the complaint and for my ongoing medical and mental health issues. I'm requesting that each defendant be held liable in their individual and official capacities and be ordered to pay all court cost and attorney fees in this case.

JURY DEMAND        Yes ☑        No ☐

Signed this _____19th_____ day of _____JANUARY_____, 2018_____.

_Joshua Hoskins_
( Signature of Plaintiff)

| Name of Plaintiff: Joshua Hoskins | Inmate Identification Number: R54570 |
|---|---|
| Address: Pontiac Correctional Center<br>P.O.box 99 Pontiac IL 61764 | Telephone Number: N/A |

8